UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **HARRY C. BISHOP, III,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**CORRECTIONAL MEDICAL SERVICES,** )<br>)<br>)<br>**Defendant** ) | Civil No.   10-19-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 4) filed February 12, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Complaint (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE** because of Plaintiff's failure to comply with the Court's directive regarding filing the necessary documents in support of his in forma pauperis motion.

  /s/ George Z. Singal   
United States District Judge

Dated this 3rd day of March, 2010.